■ CARRIE MCGAUGHEY, Plaintiff, v ASHOK NAIK et al., Defendants. DADD NELSON & WILKINSON, Respondent; WEBSTER SZANYI LLP, Appellant. [896 NYS2d 702]—Appeal and cross appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered February 27, 2009 in a personal injury action. The order apportioned attorney's fees between appellant-respondent and respondent-appellant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Centra, Lindley, Sconiers and Pine, JJ.

■ In the Matter of ROMAN KEVILLY, Appellant, v SUSAN CONNELL, Superintendent, Oneida Correctional Facility Respondent. [895 NYS2d 916]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (John W. Grow, J.), entered October 9, 2008 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs (*see Matter of Pfeifer v Goord*, 272 AD2d 886 [2000]). Present—Smith, J.P., Centra, Lindley, Sconiers and Pine, JJ.

■ In the Matter of LAURENCE GUTTMACHER, M.D., Clinical Director of Rochester Psychiatric Center, Respondent, v MELVERTON M., a Patient at Rochester Psychiatric Center, Appellant. [895 NYS2d 916]—Appeal from an order of the Supreme Court, Monroe County (David Michael Barry, J.), entered October 9, 2008 in a proceeding pursuant to Mental Hygiene Law § 9.33. The order authorized the involuntary retention of respondent for six months from September 23, 2008.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Fernando L.*, 13 AD3d 450 [2004]). Present—Smith, J.P., Centra, Lindley, Sconiers and Pine, JJ.